

```
Priority    ____
Send        ____
Enter       ____
Closed      ____
JS-5/JS-6   ✓
JS-2/JS-3   ____
Scan Only   ____
```

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1583-VAP (SSx)                Date: February 18, 2009

Title:   DEUTSCHE BANK NATIONAL TRUST COMPANY FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FINANCIAL ASSET SECURITIES CORP. SOUNDVIEW HOME LOAN TRUST 2005-4 ASSET-BACKED CERTIFICATES, SERIES 2005-4 -v- JESUS SANCHEZ

========================================================================

PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS:   MINUTE ORDER (1) REMANDING ACTION TO SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE; (2) DENYING MOTION TO REMAND AS MOOT; (3) VACATING HEARING SET FOR FEBRUARY 23, 2009 (IN CHAMBERS)

     On December 15, 2008, this Court issued an Order to Show Cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant filed no timely response. The Court hereby REMANDS the action to the Superior Court for the County of Riverside.

     On December 17, 2008, Plaintiff filed its Motion to Remand ("Motion"). The Court DENIES the Motion as moot. Accordingly, the court VACATES the February 23, 2009 hearing on the Motion.

**IT IS SO ORDERED.**

MINUTES FORM 11                                    Initials of Deputy Clerk __md
CIVIL -- GEN                    Page 1